# EXHIBIT B

# EXHIBIT B



Roy J. Jimenez | rjimenez@tldlaw.com | Long Beach Office
3900 Kilroy Airport Way | Suite 240 | Long Beach, CA 90806
O. (562) 923-0971 | F. (866) 831-7302
www.tldlaw.com

October 9, 2020

**VIA E-MAIL AND U.S. MAIL**
mario.amaro@wellsfargo.com

Mario Amaro  Account No.: ▮▮▮▮4262
WELLS FARGO
230 S. State College Blvd.
Brea, CA 92821

Re:   **Blumerq Investments LLC**

Dear Mr. Amaro:

On October 1, 2020, Wells Fargo received a deposit of $1,200,000.00 from our client, Blumerq Investments LLC. These funds were initially deposited for the benefit of SSL9, Inc. into their Wells Fargo N.A. Acct #: ▮▮▮▮4262; Routing #: ▮▮▮▮0248. Due to a dispute between the parties, these funds should not be released to SSL9, Inc. or anyone acting on their behalf for any reason. SSL9 Inc. has agreed to return these funds to Blumerq Investment Group. **To confirm, these funds are only authorized to be returned to Blumerq Investments LLC c/o Bala Palanisamy or Radhai Ramasamy who made the initial deposit**.

If you have any questions, please contact our office to discuss.

Sincerely,

TREDWAY, LUMSDAINE & DOYLE LLP

*Roy Jimenez (Oct 9, 2020 12:41 PDT)*
Roy J. Jimenez

RJJ: dac

OC/1077558(1077558) 44202-005    Long Beach | Irvine | Downey | Beverly Hills

TREDWAY LUMSDAINE & DOYLE LLP