

**KLEANTECH**
*Anti-Viral Systems*

4625 West Nevso Drive, Suite 2 & 3
Las Vegas, Nevada, 89103  USA
(424) 262-3963

# PRO-FORMA INVOICE

ATTENTION:

Bala Palanisamy, CEO
Blumerq Investments LLC
16700 Valley View St, Ste 300
La Mirada, CA 90638

Telephone: (714) 253-3515
Cell: 714 588 0602
Fax: 866 503 1027
E-mail: bala@blumerqusa.com

INVOICE NO:  BI-003

DATE OF ISSUE
09/25/2020

| ITEM | DESCRIPTION | CERT | COST/PC | QUANTITY | AMOUNT |
|------|-------------|------|---------|----------|--------|
| MASK | 3M N95 1860 RESPIRATOR MASK | FDA | $2.00 | 1 Million | $2,000,000.00 |
|      | 3M™ Health Care Particulate Respirator and Surgical Masks1860<br>• Collapse-resistant cup-shape<br>• Braided head straps for comfort<br>• NIOSH Approved N95<br>• Fluid resistant<br>• FDA Cleared<br>Color: Blue |  |  |  |  |

**TERMS:**
1. CIF - Destination HONG KONG -

**KLEANTECH TERMS:**
1. Initial wire deposit to Paymaster/Escrow account (buyers escrow) in a full amount of ($2,000,000.00) upon acceptance of the PFI. Proof of funds and LOA to be provided by the buyer attorney.
2. Full Payment wired to Kleantech after physical inspection of the product and acceptance of the SGS report.
3. Client responsible for product departure from warehouse.

| | |
|---|---|
| Shipping | CIF |
| SUBTOTAL | $2,000,000.00 |
| **TOTAL USD** | **$2,000,000.00** |

A - ALL PRICES QUOTED ARE USD
B - Prices Quoted are good for 24 hours, may vary by manufacture.

**Attorney at Law / Escrow / Paymaster**
Law Offices of Sam A. Eidy
Attorney Sam A. Eidy
421 Michigan Street – Suite D
Toledo, Ohio 43604
(248) 210-6583 – cell
IOLTA/Escrow Account No. ████646
Routing No. ████417
Swift No. ████1
Bank Information:
Citizens Bank
1460 S, Byrne Road
Toledo, Ohio 43614
Bank O  cer: Jolene Krajicek
(419) 382-0141

*Bala Palanisamy.*
_____
Authorized Signatory:

_____
Kleantech Systems Authorized Signature



**SSL9**
I N C.
KLEANTECH a SSL9 Company