1  Abran E. Vigil
   Nevada Bar No. 7548
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone: 702.471.7000
4  Facsimile: 702.471.7070
   vigila@ballardspahr.com

6  *Attorney for Plaintiff*

                 UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA

Wells Fargo, N.A.,

        Plaintiff,

v.

SSL 9, Inc. d/b/a Kleantech Systems a/k/a Kleantech Anti-Viral Systems; Ivan Jackson; Bala Palanisamy; Blumerq Investments, LLC; Radahi Ramasamy; Sam A. Eidy;

        Defendants.

CASE NO. 2:21-cv-00346-APG-EJY

**ORDER AUTHORIZING DEPOSIT OF FUNDS INTO THE COURT REGISTRY AND SETTING SCHEDULING CONFERENCE PURSUANT TO LR 22-1**

The Court having considered Plaintiff Wells Fargo, N.A.'s Motion for Interpleader Deposit And For The Court to Set A Scheduling Conference as Required by LR 22-1 and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** Wells Fargo N.A.'s Motion is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**:

1.  Wells Fargo, N.A. is granted leave to deposit $1,200,000 (the "Interpleader Funds") into the Registry Account for this Court;

2.  The Clerk of the Court shall accept tender of the Interpleader Funds from Wells Fargo, N.A.;

DMNORTH #7548330 v1

3. Upon receipt of the Interpleader Funds, the Clerk of Court shall deposit the same into the United States Treasury to be invested in the Court Registry Investment System (CRIS) Disputed Ownership Fund (DOF), the investment management tool of the Administrative Office of the United Sates Courts;

4. The Interpleader Funds shall be placed in an interest-bearing account in the name of "Clerk of Court of the United States District Court for the District of Nevada, Civil Action No. 2:21-cv-00346-APG-EJY;"

5. Upon deposit of the Interpleader Funds, as may be evidenced by notice from the Clerk or a notice attaching a receipt of deposit filed by Wells Fargo, N.A., Wells Fargo may lodge an order discharging Wells Fargo from further liability relating to the Interpleader Funds;

6. The Administrative Office of the United States Courts shall deduct a fee from interest earnings, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, at an annual rate of two-tenths of one percent of all funds deposited under 28 U.S.C. §1335, whenever such income becomes available for deduction in the investment so held and without further order of the Court;

7. The Interpleader Funds deposited with the Court Registry Investment System shall remain on deposit until further order of the Court; and

8. The Court shall set a scheduling conference as required by LR 22-1.

Dated: April 26, 2021        _____
                             Hon. Andrew P. Gordon
                             CASE NO. 2:21-cv-00346-APG-EJY

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMNORTH #7548330 v1                    2