UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO, N.A., | Case No. 2:21-cv-00346-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| SSL 9, INC. d/b/a KLEANTECH SYSTEMS a/k/a KLEANTECH ANTI-VIRAL SYSTEMS; IVAN JACKSON; BALA PALANISAMY; BLUMERQ INVESTMENTS, LLC; RADAHI RAMASAMY; SAM A. EIDY, | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for the Court to Set a Scheduling Conference as Required by LR 22-1 (ECF No. 21).

LR 22-1 states, in pertinent part: "In all interpleader actions, the plaintiff must file a motion requesting that the court set a scheduling conference. The motion must be filed within 30 days after the first defendant answers or otherwise appears. At the scheduling conference, the plaintiff must advise the court about the status of service on all defendants who have not appeared. In addition, the court and parties will develop a briefing schedule or discovery plan and scheduling order for resolving the parties' competing claims."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for the Court to Set a Scheduling Conference as Required by LR 22-1 is GRANTED.

IT IS FURTHER ORDERED that the Scheduling Conference shall be set for May 10, 2021 at 1:00 p.m. via the Zoom video conference platform. The parties shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on May 6, 2021, at Elvia_Garcia@nvd.uscourts.gov, and provide the email addresses of their respective participants. The courtroom deputy shall email all participants with the Zoom link.

IT IS FURTHER ORDERED that persons granted with remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court

1   proceedings. Violation of these prohibitions may result in sanctions, including removal of court

2   issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any

3   other sanctions deemed necessary to the Court.

4         Dated this 29th day of April, 2021.

5

6

7

                    ELAYNA J. YOUCHAH

8                     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28