Andrew H. Pastwick, ESQ.
Nevada Bar No. 009146
LAW OFFICE OF ANDREW H. PASTWICK L.L.C.
1810 E. Sahara Avenue, Suite 120
Las Vegas, Nevada 89104
Tel: (702) 866-9978
Fax: (702) 369-1290
E-mail: apastwick@pastwicklaw.com
Attorney for Defendants
Bala Palanisamy, Radhai Ramasamy
and Blumerq Investments, LLC

**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO, N.A., | Case No.: 2:21-cv-00346-APG-EJY |
| Plaintiff, | |
| v. | |
| SSL 9, INC. d/b/a/ KLEANTECH SYSTEMS a/k/a KLEANTECH ANTI-VIRAL SYSTEMS; IVAN JACKSON; BALA PALANISAMY; BLUMERQ INVESTMENTS, LLC; RADHAI RAMASAMY; SAM A. EIDY; | |
| Defendants. | |

**STIPULATION AND ORDER FOR THE DISBURSEMENT OF THE MONEY THAT WAS INTERPLEAD BY WELLS FARGO, N.A. TO DEFENDANT BLUMERQ INVESTMENTS, LLC**

Defendants BALA PALANISAMY, RADHAI RAMASAMY and BLUMERQ INVESTMEST, LLC by and through their attorneys of record, Andrew H. Pastwick, Esq. and the

Page 1 of 3

Law Office of Andrew H. Pastwick L.L.C.
1810 E. Sahara Avenue, Suite 120
Las Vegas, Nevada 89104
Phone (702) 866-9978  Fax (702) 369-1290

law office of Andrew H. Pastwick, LLC and Defendants SSL 9, INC d/b/a KLEANTECH SYSTEMS a/k/a KLEANTECH ANTI-VIRAL SYSTEMS, IVAN JACKSON and, SAM A. EIDY hereby stipulate and agree to the following:

**IT IS HEREBY STIPULATED AND AGREED** that the money that Plaintiff WELLS FARGO, N.A. interplead with the Court in this matter shall be returned to Defendant BLUMERQ INVESTMENTS, LLC.

**IT IS FURTHER STIPULATED AND AGREED** that the parties request that the Court Clerk upon receipt of this Stipulation and Order issue a check payable to Blumerq Investments, LLC, for the entire amount interplead with the Court in this matter.

**IT IS FURTHER STIPULATED AND AGREED** that the Check be sent to Blumerq Investments, LLC, Attn: Bala Palanisamy, 1732 Summerfield Cir., Brea, California, 92821.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants SSL 9, INC d/b/a KLEANTECH SYSTEMS a/k/a KLEANTECH ANTI-VIRAL SYSTEMS, IVAN JACKSON and, SAM A. EIDY waive any and all future rights to this money.

**IT IS FURTHER STIPULATED AND AGREED** that upon the Court issuing a check, the parties shall submit a stipulation and order dismissing this action with prejudice.

DATED this _W_ day of May, 2021

LAW OFFICE OF ANDREW H. PASTWICK L.L.C.

By: _/s/ Andrew Pastwick_
Andrew H. Pastwick, Esq.
Nevada Bar No. 009146
1810 E. Sahara Avenue, Suite 120
Las Vegas, Nevada 89104
(702) 866-9978
Attorney for Defendants
Bala Palanisamy, Blumerq Investments, LLC and Radhai Ramasamy

DATED this 11 day of May, 2021

By: /s/ Sam A. Eidy
Sam A. Eidy
421 Michigan Street – Suite D
Toledo, Ohio 43604

DATED this 11 day of May, 2021

By: /s/ _____    Alex Varonos, CEO
Authorized Agent for SSL 9, Inc. d/b/a    Printed Name
Kleantech Systems a/k/a Keantech Anti- Viral Systems.
4625 West Nevso Drive, Suite 2 & 3
Las Vegas, Nevada 89103

DATED this 11 day of May, 2021

By: /s/ Ivan Jackson
Ivan Jackson.
4625 West Nevso Drive, Suite 2 & 3
Las Vegas, Nevada 89103

## ORDER

Based on the parties' stipulation, this Court hereby orders that all of the money that Plaintiff WELLS FARGO, N.A. interplead with the Court in this matter be returned to Defendant BLUMERQ INVESTMENTS, LLC.

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** the Court Clerk is hereby directed to issue a check payable to Blumerq Investments, LLC and mail it to Blumerq Investments, LLC, Attn: Bala Palanisamy, 1732 Summerfield Cir., Brea, California, 92821 for the full amount that has been interplead in this dispute.

**IT IS SO ORDERED**

By: /s/ _____    May 21, 2021
Judge                Date