Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Wells Fargo, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>SSL 9, Inc. d/b/a Kleantech Systems a/k/a Kleantech Anti-Viral Systems; Ivan Jackson; Bala Palanisamy; Blumerq Investments, LLC; Radahi Ramasamy; Sam A. Eidy;<br><br>    Defendants. | CASE NO. 2:21-cv-00346-APG-EJY<br><br>[PROPOSED] ORDER DISMISSING WELLS FARGO, N.A. FROM SUIT AND DISCHARGING IT FROM LIABILITY RELATED TO INTERPLEADER FUNDS |

WHEREAS on April 26, 2021, the Court granted Plaintiff Wells Fargo, N.A.'s ("Wells Fargo") Motion for Interpleader Deposit (ECF No. 20) and issued an order granting it leave to deposit the $1,200,000 ("Interpleader Funds") into the Registry Account for this Court (the "Order") (ECF No. 24);

WHEREAS, pursuant to the Order, upon deposit of the Interpleader Funds, Wells Fargo, would be permitted to lodge an order discharging it from further liability;

WHEREAS, in accordance with LR 22-1, the Court set a Scheduling Conference for May 10, 2021 (ECF No. 25);

NOW THEREFORE, the Court having taken notice that Wells Fargo deposited the Interpleader Funds pursuant to the Order (ECF No. 32); that Wells Fargo

attended the Scheduling Conference as required by LR 22-1 (ECF No. 30), and for good cause appearing;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Wells Fargo is DISMISSED from the instant suit WITH PREJUDICE; and

2. Wells Fargo, is FULLY AND FINALLY DISCHARGED from liability related to the Interpleader Funds and the claims of any Defendant related to the Interpleader Funds.

Dated: May 25, 2021

_____
 Hon. Andrew P. Gordon
CASE NO. 2:21-cv-00346-APG-EJY